UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRICIA L. VOSKUHL,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 2:05-cv-246
　　　　　　　　　　　　　　　　　　　　　　　　　Consent Case
BAY PINES CENTER,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant's motion for summary judgment (docket #46) is GRANTED and this case is DISMISSED.

                                               /s/ Timothy P. Greeley
                                             TIMOTHY P. GREELEY
                                             UNITED STATES MAGISTRATE JUDGE

Dated:  March 19, 2007